IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 2:21-CR-1 (Judge Gilstrap/Payne) |
| BRIANNA CLARISSE BANKS (01) | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the Defendant, **Brianna Clarisse Banks,** through her counsel of record, **Coke Solomon**, and the Government, have entered into a written plea agreement in relation to the charges now pending before this Court.

    Respectfully submitted,

    NICHOLAS J. GANJEI
    ACTING UNITED STATES ATTORNEY


    */s/ Jim Noble*
    JIM NOBLE
    Assistant United States Attorney
    Texas Bar No. 15050100
    110 N. College, Suite 700
    Tyler, TX 75702
    (903)-590-1400
    Fax: (903)-590-1436
    Email: James.Noble@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document has been served on counsel of record for defendant via the court's CM/ECF system on March 29, 2021.

                                         */s/ Jim Noble*
                                         JIM NOBLE