IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 2:21-CR-01 |
| | § | (Judge Gilstrap/Payne) |
| BRIANNA CLARISSE BANKS (01) | § | |

## ELEMENTS OF THE OFFENSE

The defendant is charged in Count 2 of the indictment with Theft of Government Property, in violation of 18 U.S.C. § 641.

The essential elements which must be proven to establish a violation of this offense are:

1. That the defendant knowingly stole money or a thing of value,

2. That the money or thing of value belonged to the United States or a department or agency thereof, and

3. That the money or thing of value exceeded the sum of $1,000.00.

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

*/s/ Jim Noble*
JIM NOBLE
Assistant United States Attorney
Texas Bar No. 15050100
110 N. College, Suite 700
Tyler, TX 75702
Tel: (903) 590-1400
Fax: (903)-590-1436
Email: James.Noble@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record have been served electronically by the CM/ECF system, or have been served by email.

> */s/ Jim Noble*
> JIM NOBLE
> Assistant United States Attorney