| | Case No: 2:21-CR-01-1 JRG-RSP | |
|---|---|---|
| DATE: April 14, 2021 | USA VS. | BRIANNA CLARISSE BANKS |
| LOCATION: Marshall, Texas | Jim Noble | Coke Solomon |
| JUDGE: Roy S. Payne | | |
| DEPUTY CLERK: Becky Andrews | | |

RPTR/ECRO: Becky Andrews
USPO: Max Brackeen
INTERPRETER:
BEGIN:   4:13 pm
ADJOURN: 4:35 pm

## CHANGE OF PLEA HEARING

☐   Interpreter sworn

☒   Hearing called and held

☒   Defendant appears with counsel

☒   Defendant   ☒sworn                          ☒physically/mentally ready        ☒name stated for record
                 ☒advised of charges             ☒advised of maximum penalties     ☒advised of right to remain silent
                 ☒advised of right to counsel    ☒rec'd copy of charges            ☒discussed charges with counsel
                 ☒charges read                   ☒waived reading of charges        ☒no pressure to plead

☒   Consent to plea before U.S. Magistrate Judge

☒   Defendant enters plea of        ☒ guilty
         To count:                  ☒ 2 of the Indictment (18 U.S.C. § 641, Theft of Government Money)

☒   Factual Basis Established

☒   Factual Resume Filed

☒   Court finds plea voluntary, knowledgeable & that it has a basis in fact

☒   Plea Agreement accepted

☒   Plea Agreement filed

☒   Elements of the offense

☒   Defendant was released on prior conditions of release.

☐   Defendant remanded to the custody of the U. S. Marshal's Service.

☒   Court adjourned.