IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 2:21-CR-01 |
| | § | (Judge Gilstrap/Payne) |
| BRIANNA CLARISSE BANKS (01) | § | |

## FACTUAL BASIS

Investigation by the United States Secret Service disclosed the following facts that establish that I, the Defendant, **Brianna Clarisse Banks (Banks)**, violated 18 U.S.C. § 641. I accept the following factual basis as true and correct:

1. In April of 2020, the United States Treasury issued an Economic Impact Payment (EIP) check, in the amount of $1,200.00, made payable to B.C., and mailed it to B.C.'s post office box in Avinger, Texas, which is in the Eastern District of Texas.

2. During the same month, the defendant, **Banks**, stole B.C.'s EIP check from B.C.'s post office box in Avinger, Texas.

3. During the same month, **Banks** utilized B.C.'s name, social security number, and date of birth to open a checking account with Bank of America but used **Banks'** mailing address for the address on the account.

4. During the same month, **Banks**, deposited the above referenced EIP check into the above referenced Bank of America account and then withdrew the funds

Factual Basis - 1

and spent them for **Banks'** personal benefit.

**Brianna Clarisse Banks** acknowledges that these acts constitute a violation of 18 U.S.C. § 641 (Theft of Government Property). She hereby stipulates that the facts described above are true and correct and accepts them as the uncontroverted facts of this case.

Dated: 3-25-21              /s/ BBanks
                            BRIANNA CLARISSE BANKS
                            Defendant

**Defendant's counsel's signature and acknowledgment:**

I have read this Factual Basis and the Plea Agreement in this matter and have reviewed them with my client, **Brianna Clarisse Banks**. Based upon my discussions with my client, I am satisfied that she understands the terms and effects of the Factual Basis and the Plea Agreement and that she is signing this Factual Basis voluntarily.

Dated: 3-25-21              /s/ Coke Solomon
                            COKE SOLOMON
                            Attorney for Defendant

Factual Basis - 2